NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

DIVIX GOLF, INC.,
*Plaintiff-Appellee,*

v.

JEFFREY P. MOHR AND REMEDY GOLF, INC.,
*Defendants-Appellants.*

*AND*

BANDWAGON, INC.,
*Defendant-Appellant,*

*AND*

DINA SARCOZ AND FELIX HOANG,
*Defendants*

---

2012-1235, -1236

---

Appeal from the United States District Court for the Southern District of California in case no. 05-CV-1488, Judge John A. Houston.

---

ON MOTION

---

ORDER

Bandwagon, Inc. moves without opposition to stay proceedings in these appeals pending the district court's disposition of its motion for clarification on attorney fees.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay is granted. Bandwagon, Inc. is directed to inform this court, within 14 days of the final disposition in *Divix Golf Inc v. Mohr, et al*, 05-CV-1488.

FOR THE COURT

JUN 2 8 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: William Eric Hilton, Esq.
Todd A. Moore, Esq.
William T. Pascoe, Esq.
Thomas J. Tighe, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 8 2012

JAN HORBALY
CLERK